FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 06 2023
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00157 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(3) |
| | ) | |
| MALIK SHAKIR, JR. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about May 11, 2023, the defendant, in the Eastern District of Arkansas,

**MALIK SHAKIR, JR.,**

then being an unlawful user of a controlled substance (marijuana), did knowingly and intentionally possess, in and affecting commerce, the following firearm, that is: a Glock model 17, 9 mm pistol, bearing serial number BPFM818.

All in violation of Title 18, United States Code, Section 922(g)(3).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, MALIK SHAKIR, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

1